# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CIVIL ACTION NO. 1:26-CV-162

JESSICA M. GEORG,

      Plaintiff,

    v.

COSTCO WHOLESALE
CORPORATION,

      Defendant.

## **DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Costco Wholesale Corporation, by its attorneys and pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), hereby moves this Court to dismiss Plaintiff Jessica Georg's claim of disparate treatment based on sex in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII") and claim of retaliation in violation of the Family Medical Leave Act, 29 U.S.C. § 2601 *et seq.* ("FMLA") in full and to partially dismiss Georg's Title VII retaliation claim as it relates to at least six of the independent grounds cited by her. In support of its motion, Costco states as follows:

1. In her Complaint, Georg brings claims for (1) sexual harassment/hostile work environment in violation of Title VII; (2) retaliation in

violation of Title VII; (3) disparate treatment in violation of Title VII; and (4) interference and retaliation in violation of the FMLA.

2. Georg's Title VII disparate claim should be dismissed because (1) she did not administratively exhaust her disparate treatment; (2) she failed to allege the existence of a comparator who is actually "similarly situated;" and (3) she did not allege facts that constitute adverse employment actions as a matter of law.

3. Georg's Title VII retaliation claim is separately inadequately pled—and thus should be dismissed—because she (1) includes improper "catch-alls" to cover alleged adverse actions that were not administratively exhausted and are now insufficiently pled; (2) has failed to plead facts plausibly suggesting that several of the alleged adverse actions she did specify actually qualify as adverse actions under governing law; and (3) she failed to exhaust administrative remedies with respect to several of the alleged adverse actions placed at issue in her claims.

4. Finally, Georg's FMLA retaliation claim is insufficiently pled because (1) she failed to plead facts suggesting a causal connection between any protected activity and any alleged adverse action; and (2) to the extent she bases her claims on alleged "continuing . . . discipline," she has failed to plead facts indicating that such matters qualify as adverse actions.

5. For these reasons, and as explained more fully in Costco's accompanying memorandum of law, Georg's Title VII disparate treatment claim

2

and FMLA retaliation claim should be dismissed in full, and Georg's Title VII Retaliation claim should be dismissed with respect to her improper "catch-all" adverse actions and with respect to at least six of the independent grounds cited by her.

Date:  May 26, 2026                          Respectfully submitted,

                                   ELLIS & WINTERS LLP
                                   BY: */s/Pamela S. Duffy*
                                   Pamela S. Duffy
                                   North Carolina State Bar No. 18329
                                   P.O. Box 2752
                                   Greensboro, NC 27402
                                   Telephone: (336) 217-4193
                                   Facsimile: (336) 217-4198
                                   pamela.duffy@elliswinters.com

                                   *Counsel for Defendant*
                                   *Costco Wholesale Corporation*

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:26-CV-162**

JESSICA M. GEORG,

        Plaintiff,

    v.

COSTCO WHOLESALE
CORPORATION,

        Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

            */s/ Pamela S. Duffy*

            Pamela S. Duffy
            *Counsel for Defendant*
            *Costco Wholesale Corporation*

4