# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## CIVIL ACTION NO. 1:26-CV-162

JESSICA M. GEORG,

        Plaintiff,

    v.

COSTCO WHOLESALE
CORPORATION,

        Defendant.

## DEFENDANT COSTCO WHOLESALE CORPORATION'S
## CERTIFICATE OF WORD COUNT

Pursuant to Local Rule 7.3(d)(1), the undersigned certifies that Defendant Costco Wholesale Corporation's Memorandum of Law in Support of Defendant's Motion to Dismiss (Doc. 16) does not exceed 6,250 words and is in compliance with this Court's local rule. The undersigned further certifies that Microsoft Word was utilized, and the word-count feature of the word-processing program has been applied to all text, including the body of the memorandum, headings, and footnotes, and excluding those portions of the Memorandum excepted by Local Rule 7.3(d)(1). The total word count is 2,245.

Date: May 26, 2026                    Respectfully submitted,

ELLIS & WINTERS LLP
BY: */s/Pamela S. Duffy*

Pamela S. Duffy
North Carolina State Bar No. 18329
P.O. Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
Facsimile: (336) 217-4198
pamela.duffy@elliswinters.com

*Counsel for Defendant*
*Costco Wholesale Corporation*

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## CASE NO. 1:26-CV-162

JESSICA M. GEORG,

      Plaintiff,

  v.

COSTCO WHOLESALE
CORPORATION,

      Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, I filed the foregoing DEFENDANT COSTCO WHOLESALE CORPORATION'S CERTIFICATE OF WORD COUNT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/ Pamela S. Duffy*

        Pamela S. Duffy
        *Counsel for Defendant*
        *Costco Wholesale Corporation*