# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **435-2023-00254** |

|  | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Miss Jessica M. Georg | ████████ | |

| Street Address |
|---|
| ████████████████ |
| ██████████ |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Costco | 501+ Employees | (770) 905-8851 |

| Street Address |
|---|
| 1085 HANES MALL BLVD |
| WINSTON SALEM, NC 27103 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
|  | Earliest: 11/01/2017 — Latest: 11/30/2022 |
| Retaliation, Sex | |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

On or about November 29, 2012, I was hired by the Respondent as a Cashier Assistant. On or about January 2013 I was promoted to Cashier and on or about August 2016 I voluntary demoted myself to maintenance in an attempt to remove myself from the sexual harassment. On or about August 10, 2017, I formally reported sexual harassment to my employer. The investigation regarding my complaint resulted in no action being taken and the sexual harassment continued. Throughout my employment I have been sexually harassed by a supervisor making explicit comments about my body and other sexual acts. I reported the behavior to management, but the harassment continued. I notified regional management of the harassment. Once I reported the incidents to regional management, I was not allowed to rotate to different positions in the store which reduced my pay. On or about early July 2022, I was told by a supervisor that I should go help a new employee because he is a young Latino and made a sexual reference to me regarding the new employee. On or about November 23, 2022, I have received negative comments on my performance evaluations due to not being a great team player. I received the negative comments on my evaluation after I complained about a supervisor. I believe that I have been discriminated against because of my sex, female, in violation of Title VII of The Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Miss Jessica M. Georg** **12/21/2022** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
| *Charging Party Signature* | |