**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**Civil Action No. 1:26-cv-162**

| | | |
|---|---|---|
| JESSICA M. GEORG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COSTCO WHOLESALE CORPORATION, | ) | **SPECIAL NOTICE OF** |
| | ) | **APPEARANCE AND** |
| Defendant. | ) | **NOTICE OF SUBSTITUTION** |
| | ) | **(Andrew McKinley)** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Pursuant to L.R. 83.1(d) Andrew McKinley of Seyfarth Shaw LLP hereby gives notice of his special appearance as counsel for Defendant Costco Wholesale Corporation, and has associated with North Carolina attorney Pamela Duffy of Ellis & Winters, LLP. Mr. McKinley respectfully requests that copies of all notices, motions, and all other pleadings in this case be served upon him at the address below. Mr. McKinley further gives notice that he is substituting for Frederick T. Smith, also of Seyfarth Shaw, LLP, who hereby withdraws from this matter pursuant to L.R. 83.1(e).

Date:  May 29, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

BY: */s/ Andrew McKinley*

Andrew McKinley
amckinley@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree St., N.E.
Suite 2500
Atlanta, GA 30309
Telephone:  (404) 815-1500
Facsimile:  (404) 892-7056

BY: */s/ Pamela S. Duffy*

Pamela S. Duffy
North Carolina State Bar No. 18329
ELLIS & WINTERS LLP
P.O. Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
Facsimile: (336) 217-4198
pamela.duffy@elliswinters.com

*Counsel for Defendant*
*Costco Wholesale Corporation*

2

**CERTIFICATE OF SERVICE**

I certify that on May 29, 2026, I filed the foregoing document with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Andrew McKinley*_____
Andrew McKinley

3