| | | |
|---|---|---|
| **JESSICA M. GEORG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **PLAINTIFF'S MOTION FOR** |
| **v.** | ) | **EXTENSION OF TIME TO RESPOND** |
| | ) | **TO DEFENDANT'S PARTIAL** |
| **COSTCO WHOLESALE** | ) | **MOTION TO DISMISS PLAINTIFF'S** |
| **CORPORATION,** | ) | **FIRST AMENDED COMPLAINT** |
| | ) | |
| **Defendant.** | ) | |

_____

Plaintiff, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1(a), moves for an extension of time, through and including July 16, 2026, in which to file her response brief to Defendant Costco Wholesale Corporation's Partial Motion to Dismiss Plaintiff's First Amended Complaint [Doc. 15].

In support of this motion, Plaintiff states the following:

1. Plaintiff filed her original complaint on February 13, 2026 [Doc. 1].

2. Defendant filed a Motion to Dismiss the original Complaint on April 21, 2026 [Doc. 8].

3. Plaintiff filed her First Amended Complaint as a matter of course pursuant to Rule 15(a)(1)(B) on May 12, 2026 [Doc. 12]; and a Response in Opposition to Defendant's Motion to Dismiss [Doc. 13].

4. Defendant filed its Partial Motion to Dismiss Plaintiff's First Amended Complaint on May 26, 2026 [Doc. 15].

5. Plaintiff's current deadline to respond to Defendant's motion is June 16, 2026.

6. Plaintiff requests an additional thirty (30) days in which to prepare her response to Defendant's Partial Motion to Dismiss.

7. Pursuant to Local Rule 6.1(a), the undersigned counsel has conferred with counsel for Defendant, who does not object to this proposed extension of time.

WHEREFORE, Plaintiff requests that an order be entered extending the time allowed for Plaintiff to file her brief in response to Defendant Costco Wholesale Corporation's Partial Motion to Dismiss Plaintiff's First Amended Complaint, through and including July 16, 2026.

This the 2nd day of June, 2026.

DAGGETT SHULER,
ATTORNEYS AT LAW

/s/Benjamin P. Winikoff
Benjamin P. Winikoff (49625)
2140 Country Club Road
Winston-Salem, NC 27104
Telephone: (336) 724-1234
Facsimile: (336) 724-6111
bwinikoff@daggettshulerlaw.com
*Attorney for Plaintiff*

TIN, FULTON, WALKER & OWEN
PLLC

/s/Jennifer D. Spyker
Jennifer D. Spyker (46048)
301 East Park Avenue
Charlotte, NC 28203
Telephone: (704) 338-1220
Facsimile: (704) 338-1312
jspyker@tinfulton.com
*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will transmit to the following counsel of record:

Pamela S. Duffy
Ellis & Winters, LLP
PO Box 2752
Greensboro, NC 27402
Pamela.duffy@elliswinters.com

Frederick T. Smith
Seyfarth Shaw, LLP
300 South Tryon Street
Suite 400
Charlotte, NC 28202
fsmith@seyfarth.com

Andrew McKinley
Bailey G. Green
Seyfarth Shaw, LLP
1075 Peachtree St., N.E.
Suite 2500
Atlanta, GA 30309
amckinley@seyfarth.com
bgreen@seyfarth.com

*Attorneys for Defendant*

DAGGETT SHULER
ATTORNEYS AT LAW, P.L.L.C.

/s/Benjamin P. Winikoff
BENJAMIN P. WINIKOFF (49625)
2140 Country Club Road
Winston-Salem, North Carolina 27104
Telephone: (336) 724-1234
Facsimile: (336) 724-6111
Email: bwinikoff@daggettshulerlaw.com
*Attorney for Plaintiff*

3