# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Case No.: 1:26-cv-162

| | | |
|---|---|---|
| JESSICA M. GEORG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S AMENDED MOTION** |
| v. | ) | **FOR EXTENSION OF TIME TO** |
| | ) | **RESPOND TO DEFENDANT'S** |
| COSTCO WHOLESALE | ) | **PARTIAL MOTION TO DISMISS** |
| CORPORATION, | ) | **PLAINTIFF'S FIRST AMENDED** |
| | ) | **COMPLAINT** |
| Defendant. | ) | |

---

Plaintiff, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1(a), moves for an extension of time, through and including July 16, 2026, in which to file her response brief to Defendant Costco Wholesale Corporation's Partial Motion to Dismiss Plaintiff's First Amended Complaint [Doc. 15].

In support of this motion, Plaintiff states the following:

1. Plaintiff filed her original complaint on February 13, 2026 [Doc. 1].

2. Defendant filed a Motion to Dismiss the original Complaint on April 21, 2026 [Doc. 8].

3. Plaintiff filed her First Amended Complaint as a matter of course pursuant to Rule 15(a)(1)(B) on May 12, 2026 [Doc. 12]; and a Response in Opposition to Defendant's Motion to Dismiss [Doc. 13].

4. Defendant filed its Partial Motion to Dismiss Plaintiff's First Amended Complaint on May 26, 2026 [Doc. 15].

5. Plaintiff's current deadline to respond to Defendant's motion is June 16, 2026.

6. Plaintiff requests an additional thirty (30) days in which to prepare her response to Defendant's Partial Motion to Dismiss.

7. Good cause exists for this extension, and the request is made in good faith and not for purposes of delay.

8. Plaintiff's counsel, Benjamin Winikoff, has multiple competing obligations during this period, including 4 mediations and 4 depositions since the Defendant's motion was filed, a summary judgment response brief due on June 17, 2026, an out-of-town continuing legal education conference from June 24-26, 2026, and vacation scheduled from June 29 through July 3, 2026.

9. Plaintiff's counsel, Jennifer Spyker, has competing obligations during this same period, including a Petition for Judicial Review due in state court June 8, 2026, a chapter for a North Carolina practice guide that counsel has been actively writing and which remains ongoing with a deadline of June 15, 2026, and an out-of-town continuing legal education conference from June 24-26, 2026. Plaintiff's counsel also has an out-of-state vacation scheduled from June 29-July 2, 2026.

10. Pursuant to Local Rule 6.1(a), the undersigned counsel has conferred with counsel for Defendant, who does not object to this proposed extension of time.

WHEREFORE, Plaintiff requests that an order be entered extending the time allowed for Plaintiff to file her brief in response to Defendant Costco Wholesale

2

Corporation's Partial Motion to Dismiss Plaintiff's First Amended Complaint, through and including July 16, 2026.

This the 11th day of June, 2026.

| DAGGETT SHULER, ATTORNEYS AT LAW | TIN, FULTON, WALKER & OWEN PLLC |
|---|---|
| /s/Benjamin P. Winikoff | /s/Jennifer D. Spyker |
| Benjamin P. Winikoff (49625) | Jennifer D. Spyker (46048) |
| 2140 Country Club Road | 301 East Park Avenue |
| Winston-Salem, NC 27104 | Charlotte, NC 28203 |
| Telephone: (336) 724-1234 | Telephone: (704) 338-1220 |
| Facsimile: (336) 724-6111 | Facsimile: (704) 338-1312 |
| bwinikoff@daggettshulerlaw.com | jspyker@tinfulton.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will transmit to the following counsel of record:

Pamela S. Duffy
Ellis & Winters, LLP
PO Box 2752
Greensboro, NC 27402
Pamela.duffy@elliswinters.com

Frederick T. Smith
Seyfarth Shaw, LLP
300 South Tryon Street
Suite 400
Charlotte, NC 28202
fsmith@seyfarth.com

Andrew McKinley
Bailey G. Green
Seyfarth Shaw, LLP
1075 Peachtree St., N.E.
Suite 2500
Atlanta, GA 30309
amckinley@seyfarth.com
bgreen@seyfarth.com
*Attorneys for Defendant*

DAGGETT SHULER
ATTORNEYS AT LAW, P.L.L.C.

/s/Benjamin P. Winikoff
BENJAMIN P. WINIKOFF (49625)
2140 Country Club Road
Winston-Salem, North Carolina 27104
Telephone: (336) 724-1234
Facsimile: (336) 724-6111
Email: bwinikoff@daggettshulerlaw.com
*Attorney for Plaintiff*

4