**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:26-cv-162**

JESSICA M. GEORG,      )
             )
   Plaintiff,      )
             )
v.            )
             ) **DEFENDANT'S CONSENT**
COSTCO WHOLESALE CORPORATION, ) **MOTION FOR EXTENSION OF**
             ) **TIME TO FILE REPLY BRIEF**
   Defendant.     ) **DUE TO ANTICIPATED**
             ) **AMENDED RESPONSE BRIEF**
             ) **ON DEFENDANT'S PARTIAL**
             ) **MOTION TO DISMISS**
             )
             )

NOW COMES the Defendant, by and through its undersigned counsel, and with consent of Plaintiff's counsel hereby moves the Court for an extension of time to file a reply to the Plaintiff's Response Brief (Doc. 21) filed in response to Defendant's Partial Motion to Dismiss (Doc. 15) in light of an anticipated amended brief to be filed by Plaintiff. In support of this Motion, the Defendant shows the Court as follows:

1. Plaintiff filed a First Amended Complaint ("FAC") on May 12, 2026. (Doc. 12) to which Defendant filed a Partial Motion to Dismiss on May 26, 2026. (Doc. 15). Plaintiff's response was due on June 16, 2026 under the Local Rules.

2.      Plaintiff filed a consent motion for extension of time on June 2, 2026 to file a responsive brief (Doc. 21) for thirty days.  A text order issued on June 5, 2026 requiring an amended motion to be filed showing good cause for the extension by June 12, 2026.

3.      On June 11, 2026, Plaintiff filed an amended motion for extension of time (Doc. 22), which was granted in part through June 29, 2026 by Order entered on June 22, 2026, which was after the original deadline.

4.      Plaintiff filed a brief on June 16, 2026 to meet the original deadline ("Original Response Brief") (Doc. 23), in advance of a ruling on her Amended Motion for Extension of Time.  In the brief, Plaintiff requested permission to withdraw the original brief and re-file within the extended time if the Court granted the motion for extension.

5.      Plaintiff anticipates filing an Amended Response Brief by the June 29, 2026 deadline to replace and request withdrawal of the Original Response Brief.

6.      Defendant's Reply Brief on the Motion to Dismiss is due on June 30, 2026 under the Local Rules, just one day after Plaintiff's deadline to file an Amended Brief.

7.      Defendant does not wish to incur cost in preparing a response to Plaintiff's Response Brief if it is going to be withdrawn and replaced, thereby mooting such reply brief.  In the interests of judicial economy, and good cause shown, Defendant therefore requests the Court to grant an extension of time of seven days (until July 7, 2026) to file a Reply to the Original Response Brief in the event that Plaintiff does not amend its brief or the Court does not permit Plaintiff to withdraw said brief.

2

8.      Assuming Plaintiff does withdraw the Original Response Brief and files an amended Response Brief, the likely deadline will fall on or about July 13, 2026. Defendant's lead counsel, Andrew McKinley, will be out of the country for almost the entire reply brief period, from July 2, 2026 to July 11, 2026. Defendant's local counsel is also out of town on vacation during that time. Defendant respectfully requests an extension to file a Reply Brief to Plaintiff's Amended Response Brief through July 17, 2026 (an extension of four days, in the event that the Plaintiff's amended Response Brief is filed on the deadline of June 29, 2026).

9.      Defendant has consulted with Plaintiff's counsel and they consent to this motion.

WHEREFORE, for good cause shown, Defendant respectfully requests that the Court:

1. Grant an extension of time through July 7, 2026 for Defendant to file a Reply Brief to the Original Response Brief in relation to Defendant's Partial Motion to Dismiss, if not withdrawn and amended; and,

2.  If the Original Response Brief is withdrawn and amended brief filed, grant an extension of time for Defendant to file a Reply Brief through July 17, 2026.

3

Respectfully submitted, this the 23rd day of June  2026.

/s/ Pamela S. Duffy
Pamela S. Duffy, NCSB No. 18329
ELLIS & WINTERS LLP
PO Box 2752
Greensboro, NC 27402
Telephone: (336) 217-4193
Facsimile: (336) 217-4198
pamela.duffy@elliswinters.com

*Andrew McKinley*
*Bailey G. Green*
*Seyfarth Shaw, LLP*
*1075 Peachtree St., N.E.*
*Suite 2500*
*Atlanta, GA 30309*
*amckinley@seyfarth.com*
*bgreen@seyfarth.com*

*Counsel for Defendants-*
*Admitted pro hac vice*

4

## CERTIFICATE OF SERVICE

I certify that on this date, I filed the foregoing document with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

The 23rd day of June, 2026.

*/s/ Pamela S. Duffy*_____
Pamela S. Duffy

Case 1:26-cv-00162-CCE-JGM    Document 24    Filed 06/23/26    Page 5 of 5